UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O,

                              Petitioner,

                -v-

ISLAND PAINTING INC.,

                              Respondent.

26 Civ. 3113 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 16, 2026, petitioner moved to confirm an arbitral award, Dkt. 1, attaching a

memorandum of law, Dkt. 1-1.  Proceedings to confirm an arbitral award are "treated as akin to a

motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d

Cir. 2006).  Accordingly, the Court sets the following briefing schedule:

- Respondent's opposition is due May 12, 2026.

- Petitioner's reply, if any, is due May 19, 2026.

Petitioner shall serve this Order, as well as its petition and supporting papers, on

respondent forthwith, and file proof of such service on the docket of this case by April 28, 2026.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2026
       New York, New York